**Steve Smucker**, OSB No. 813795
steve@portlandlawyer.com
806 SW Broadway, Suite 1200
Portland, Oregon 97205
Telephone: 503.224.5077
Facsimile: 503.299.6178

Attorney for Plaintiff Jeffrey Fitzpatrick

**William T. Patton**, OSB No. 973646
pattonw@lanepowell.com
**Cozette Tran-Caffee,** OSB No. 125662
trancaffeec@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2015
Facsimile: 503.778.2200

Attorneys for Defendant Hartford Life and Accident Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JEFFREY FITZPATRICK,** | Case No. 3:14-cv-00824-MO |
| Plaintiff, | |
| v. | STIPULATED DISMISSAL WITH PREJUDICE |
| **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,** a Connecticut company**,** | |
| Defendant. | |

PAGE 1 -   STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and because this matter has been settled, plaintiff Jeffrey Fitzpatrick and defendant Hartford Life and Accident Insurance Company, through their undersigned counsel stipulate to the dismissal of the above-entitled action with prejudice and without costs or fees to any party.

DATED:  November 26, 2014

DATED:  November 26, 2014

LANE POWELL PC

By: s/ Steven R. Smucker
    Steven R. Smucker, OSB No. 813795
    Telephone:  503.224.5077
Attorney for Plaintiff Jeffrey Fitzpatrick

By: s/ William T. Patton
    William T. Patton, OSB No. 973646
    Telephone:  503.778.2015
Attorneys for Defendant Hartford Life and Accident Insurance Company

PAGE 2 -   STIPULATED DISMISSAL WITH PREJUDICE